RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/19 05
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 94-50023-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| NATHANIEL WADE BEENE | MAGISTRATE JUDGE HORNSBY |

### O R D E R

Before this Court is a Motion for Resentencing [Doc. #28] filed by defendant, Nathaniel Wade Beene, more accurately entitled a Motion to Vacate under 28 U.S.C. § 2255, wherein defendant relies on Blakely v. Washington, 124 S.Ct. 2531 (2004) and United States v. Booker, 125 S.Ct. 738 (2005).

The Booker Court held that Blakely, 124 S.Ct. 2531, applies to the Sentencing Guidelines. However, the Booker Court also determined that their holding would apply to "all cases on direct review." Booker, supra at 769. This month, the Fifth Circuit "join[ed] the several courts of appeals that have held that Booker does not apply retroactively to initial §2255 motions." United States v. Gentry, — F.3d —, 2005 WL 3317891, *6 (5th Cir. 2005). As the abovecaptioned matter is no longer on direct review, **IT IS ORDERED** that defendant's motion be and is hereby **DENIED**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 19 day of December, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE